ROBERT E. BOYCE
State Bar No. 79806
BOYCE & SCHAEFER
934 23rd Street
San Diego, CA  92102
619/232-3320
email: rb@boyce-schaefer.com

Attorney for Defendant
DAVID LAUSMAN (6)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID NEWLAND, et.al.<br><br>DAVID LAUSMAN, (6)<br><br>    Defendants. | Case No. 17CR0623-JLS<br><br>**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**<br><br>Date:<br>Time: |

Defendants move this Court to enter an Order granting a motion to compel discovery of the government's witness list, exhibit list, and list of cooperating witnesses.

///

///

///

1

# MOTION

Defendants move this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1. Compel discovery of the government's witness list, exhibit list, and list of cooperating witnesses.

This motion is based upon the instant notice of motion and motion, the attached memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated: December 8, 2021

/s/ Robert E. Boyce
Robert E. Boyce
Counsel for David Lausman

/s/ Michael L. Crowley
Michael Crowley
Counsel for Mario Herrera

/s/ Joseph D. Mancano
Joseph D. Mancano
Counel for David Newland

/s/ Todd W. Burns
Todd W. Burns
Counsel for James Dolan

/s/ David S. Wilson
David S. Wilson
Counsel for Stephen Shedd

/s/ Thomas Peter O'Brien
Thomas Peter O'Brien
/s/ Nicole Lueddeke
Nicole Lueddeke
/s/ Daniel Prince
Daniel Prince
Counsel for Bruce Loveless