**DAVID S. WILSON**
The Law Office of David S. Wilson, APC
California State Bar No. 297934
105 West F Street, 3rd Floor
San Diego, CA 92101
Telephone: (719) 522-3378
Facsimile: (619) 332-4623

Attorney for Defendant #7
STEPHEN SHEDD

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br>STEPHEN SHEDD (7),<br><br>  Defendant. | CASE NO.: 17-CR-0623-JLS<br><br>**NOTICE OF MOTION AND MOTION TO JOIN IN CO-DEFENDANTS' FILING**<br>**(Dkt. no. 645)** |

**TO: RANDY S. GROSSMAN, ACTING UNITED STATES ATTORNEY and ASSISTANT UNITED STATES ATTORNEYS MARK PLETCHER, DAVID CHU, MICHELLE WASSSERMAN, and VALERIE CHU:**

Defendant STEPHEN SHEDD, by and through his counsel David S. Wilson, notices this motion, and herein moves to join in the specified co-defendants' filings with this Court.

## I.
## MOTION TO JOIN

**A. CODEFENDANTS' FILINGS**

Mr. SHEDD requests to join, pursuant to Local Criminal Rules rule 47.1(d), in the following co-defendants' filings with this Court:

///

1

| Dkt. no. | Description |
|---|---|
| 645 | Co-Defendant James Dolan's Supplemental Memorandum Regarding the Court's Tentative Jury Instruction on "Official Duty" |

Respectfully submitted,

Dated: January 5, 2022                             /s/ David S. Wilson                    .
                                                                    DAVID S. WILSON

                                                                    Attorney for Defendant #7
                                                                    STEPHEN SHEDD