# Exhibit A



# United States of America

## DEPARTMENT OF THE NAVY

*Washington, D. C.,* 20374-5066

**I hereby certify** *that the annexed* documents, records, and communications, as set forth in Exhibit 1, constitute true and correct copies of official records of the Department of the Navy, which set forth the Department of Navy's activities and/or matters observed under a legal duty to report.

*on file in the* _____

E. J. OSTERHUES
Deputy Director, General Litigation Division
(Official Title)

### OFFICE OF THE SECRETARY

**I hereby certify** *that* E. J. OSTERHUES

*who signed the foregoing certificate, was at the time of signing*
Deputy Director, General Litigation Division, Office of the Judge Advocate General

*and that full faith and credit should be given his certification as such.*



**In testimony whereof,** *I have hereunto set my hand and caused the Seal of the Navy Department to be affixed this* 28th *day of* January, *two thousand* and twenty two

KOEBLER.PETER.RANDALL.1165354725
Digitally signed by KOEBLER.PETER.RANDALL.1165354725
Date: 2022.01.28 16:03:33 -05'00'

P. R. KOEBLER
Captain, JAGC, U.S. Navy
Assistant Judge Advocate General
(Civil Law)
For the Secretary of the Navy

NAVJAG 5800/2 (REV. 02-07)

| File Name | Folder Name | Title |
|---|---|---|
| NCIS-07858026 | Charles Dupray Computer Image FISC Singapore 0108-16A | Email |
| NCIS-07860897 | Charles Dupray Computer Image FISC Singapore 0108-16A | Email |
| NCIS-008383118 | Charles Dupray Computer Image FISC Singapore 0108-16A | Email |
| NCIS-008383121 | Charles Dupray Computer Image FISC Singapore 0108-16A | Email |
| GDMA-CONTRACTS-000010 | Contracts | 01 N6804704D0001 |
| GDMA-CONTRACTS-000011 | Contracts | 01-a N6804704D0001 DO77 |
| GDMA-CONTRACTS-000012 | Contracts | 01-b N6804704D0001 P00018 |
| GDMA-CONTRACTS-000013 | Contracts | 02 N6804706D0003 P00002 |
| GDMA-CONTRACTS-000014 | Contracts | 02-a N6804706D0003 P00005 |
| GDMA-CONTRACTS-000015 | Contracts | 02-b N6804706D0003 P00011 |
| GDMA-CONTRACTS-000016 | Contracts | 02-c N6804706D0003 DO375 |
| GDMA-CONTRACTS-000017 | Contracts | 03 N4034506P0059 |
| GDMA-CONTRACTS-000018 | Contracts | 04 N4034506D0001 |
| GDMA-CONTRACTS-000019 | Contracts | 04-a N4034506D0001 MOD P00005 |
| GDMA-CONTRACTS-000020 | Contracts | 04-b N4034506D0001 A000003 |
| GDMA-CONTRACTS-000021 | Contracts | 05 N4034506D0002 |
| GDMA-CONTRACTS-000022 | Contracts | 05-a N4034506D0002 P00003 |
| GDMA-CONTRACTS-000023 | Contracts | 06 N4034506P0066 |
| GDMA-CONTRACTS-000024 | Contracts | 07 N4034506P0073 |
| GDMA-CONTRACTS-000025 | Contracts | 08 N4034506P0074 |
| GDMA-CONTRACTS-000026 | Contracts | 09 N4034506D0003 |
| GDMA-CONTRACTS-000027 | Contracts | 09-a N4034506D0003 P00001 |
| GDMA-CONTRACTS-000028 | Contracts | 10 N4034506P0076 |
| GDMA-CONTRACTS-000029 | Contracts | 11 N4034506D1003 |
| GDMA-CONTRACTS-000030 | Contracts | 11-a N4034506D1003 P00002 |
| GDMA-CONTRACTS-000031 | Contracts | 12 NAFSNG06M0049 |
| GDMA-CONTRACTS-000032 | Contracts | 13 N4034506P0080 |
| GDMA-CONTRACTS-000033 | Contracts | 14 N4034506P0085 |
| GDMA-CONTRACTS-000034 | Contracts | 15 N4034506P0090 |
| GDMA-CONTRACTS-000035 | Contracts | 15-a N4034506P0090 P00002 |
| GDMA-CONTRACTS-000036 | Contracts | 16 N4034506P0092 |
| GDMA-CONTRACTS-000037 | Contracts | 17 N4034506P0105 |
| GDMA-CONTRACTS-000038 | Contracts | 18 N4034506D1004 |
| GDMA-CONTRACTS-000039 | Contracts | 18-a N4034506D1004 P00002 |
| GDMA-CONTRACTS-000040 | Contracts | 19 N4034506P0109 |
| GDMA-CONTRACTS-000041 | Contracts | 20 N4034506P0049 P00001 |
| GDMA-CONTRACTS-000042 | Contracts | 21 N4034506D1005 |
| GDMA-CONTRACTS-000043 | Contracts | 21-a N4034506D1005 P00001 |
| GDMA-CONTRACTS-000044 | Contracts | 22 N4034507P0043 |
| GDMA-CONTRACTS-000045 | Contracts | 23 N4034507P0047 |
| GDMA-CONTRACTS-000046 | Contracts | 24 N4034507D0001 |
| GDMA-CONTRACTS-000047 | Contracts | 24-a N4034507D0001 P00004 |
| GDMA-CONTRACTS-000048 | Contracts | 25 N4034507P0089 |
| GDMA-CONTRACTS-000049 | Contracts | 26 N4034507P0087 |
| GDMA-CONTRACTS-000050 | Contracts | 27 N4034507P0090 |
| GDMA-CONTRACTS-000051 | Contracts | 28 N4034507P0109 |
| GDMA-CONTRACTS-000052 | Contracts | 29 N4034507P0127 |
| GDMA-CONTRACTS-000053 | Contracts | 30 N4034507P0170 |

| File Name | Folder Name | Title | |
|---|---|---|---|
| GDMA-CONTRACTS-000054 | Contracts | 31 N4034507P0190 | |
| GDMA-CONTRACTS-000055 | Contracts | 31-a N4034507P0190 P00001 | |
| GDMA-CONTRACTS-000056 | Contracts | 32 N4034507P0224 P00002 | |
| GDMA-CONTRACTS-000057 | Contracts | 33 N4034507P0230 | |
| GDMA-CONTRACTS-000058 | Contracts | 34 N4034507P0240 | |
| GDMA-CONTRACTS-000059 | Contracts | 34-a N4034507P0240 P00002 | |
| GDMA-CONTRACTS-000060 | Contracts | 35 N4034507D0003 | |
| GDMA-CONTRACTS-000061 | Contracts | 35-a N4034507D0003 DO001 | |
| GDMA-CONTRACTS-000062 | Contracts | 36 N4034507D0004 | |
| GDMA-CONTRACTS-000063 | Contracts | 36-a N4034507D0004 P00002 | |
| GDMA-CONTRACTS-000064 | Contracts | 37 N4034507P0299 | |
| GDMA-CONTRACTS-000065 | Contracts | 38 N4034507P0303 | |
| GDMA-CONTRACTS-000066 | Contracts | 39 N4034507P0318 | |
| GDMA-CONTRACTS-000067 | Contracts | 40 N4034507D0005 | |
| GDMA-CONTRACTS-000068 | Contracts | 40-a N4034507D0005 P00002 | |
| GDMA-CONTRACTS-000069 | Contracts | 41 N4034507D0006 | |
| GDMA-CONTRACTS-000070 | Contracts | 41-a N4034507D0006 P00001 | |
| GDMA-CONTRACTS-000071 | Contracts | 42 N4034507P0319 | |
| GDMA-CONTRACTS-000072 | Contracts | 43 N4034507P0323 | |
| GDMA-CONTRACTS-000073 | Contracts | 44 N4034507P0332 | |
| GDMA-CONTRACTS-000074 | Contracts | 44-a N4034507P0332 P00001 | |
| GDMA-CONTRACTS-000075 | Contracts | 45 N4034507P0333 | |
| GDMA-CONTRACTS-000076 | Contracts | 46 N4034507P0339 | |
| GDMA-CONTRACTS-000077 | Contracts | 47 N4034507P0341 | |
| GDMA-CONTRACTS-000078 | Contracts | 48 N4034507P0407 | |
| GDMA-CONTRACTS-000079 | Contracts | 48-a N4034507P0407 P00001 | |
| GDMA-CONTRACTS-000080 | Contracts | 49 N4034507D0010 | |
| GDMA-CONTRACTS-000081 | Contracts | 49-a N4034507D0010 DO0001 | |
| GDMA-CONTRACTS-000082 | Contracts | 50 N4034507D0012 | |
| GDMA-CONTRACTS-000083 | Contracts | 50-a N4034507D0012 P00003 | |
| GDMA-CONTRACTS-000084 | Contracts | 50-b N4034507D0012 P00004 | |
| GDMA-CONTRACTS-000085 | Contracts | 51 N4034507P9026 | |
| GDMA-CONTRACTS-000086 | Contracts | 52 N4034507P0511 | |
| GDMA-CONTRACTS-000087 | Contracts | 53 N4034508P0020 | |
| GDMA-CONTRACTS-000088 | Contracts | 54 N4034508D0003 | |
| GDMA-CONTRACTS-000089 | Contracts | 54-a N4034508D0003 MOD 01 DO001 | |
| GDMA-CONTRACTS-000090 | Contracts | 55 N4034508P0076 | |
| GDMA-CONTRACTS-000091 | Contracts | 56 N4034508P0114 | |
| GDMA-CONTRACTS-000092 | Contracts | 57 N4034508P0117 | |
| GDMA-CONTRACTS-000093 | Contracts | 58 N4034508P0179 | |
| GDMA-CONTRACTS-000094 | Contracts | 59 N4034508P0181 | |
| GDMA-CONTRACTS-000095 | Contracts | 59-a N4034508P0181 P00001 | |
| GDMA-CONTRACTS-000096 | Contracts | 60 N4034508P0182 | |
| GDMA-CONTRACTS-000097 | Contracts | 60-a N4034508P0182 P00003 | |
| GDMA-CONTRACTS-000098 | Contracts | 61 N4034508P0187 | |
| GDMA-CONTRACTS-000099 | Contracts | 62 N4034508D0004 | |
| GDMA-CONTRACTS-000100 | Contracts | 62-a N4034508D0004 P00008 | |
| GDMA-CONTRACTS-000101 | Contracts | 62-b N4034508D0004 DO0007 | |

| File Name | Folder Name | Title | |
|---|---|---|---|
| GDMA-CONTRACTS-000102 | Contracts | 63 N4034508P0197 | |
| GDMA-CONTRACTS-000103 | Contracts | 64 N4034508P0205 | |
| GDMA-CONTRACTS-000104 | Contracts | 65 N6264908P0505 | |
| GDMA-CONTRACTS-000105 | Contracts | 66 N4034508P0259 | |
| GDMA-CONTRACTS-000106 | Contracts | 67 N4034508P0260 | |
| GDMA-CONTRACTS-000107 | Contracts | 68 N4034508P0261 | |
| GDMA-CONTRACTS-000108 | Contracts | 69 N6264908P0616 | |
| GDMA-CONTRACTS-000109 | Contracts | 69-a N6264908P0616 P00002 | |
| GDMA-CONTRACTS-000110 | Contracts | 70 N6264908P0613 | |
| GDMA-CONTRACTS-000111 | Contracts | 70-a N6264908P0613 P00003 | |
| GDMA-CONTRACTS-000112 | Contracts | 71 N4034508P0274 | |
| GDMA-CONTRACTS-000113 | Contracts | 71-a N4034508P0274 P00001 | |
| GDMA-CONTRACTS-000114 | Contracts | 72 N4034508P0277 | |
| GDMA-CONTRACTS-000115 | Contracts | 72-a N4034508P0277 P00004 | |
| GDMA-CONTRACTS-000116 | Contracts | 73 N4034508P0279 | |
| GDMA-CONTRACTS-000117 | Contracts | 74 N4034508P0283 | |
| GDMA-CONTRACTS-000118 | Contracts | 75 N6264908P0660 | |
| GDMA-CONTRACTS-000119 | Contracts | 76 N6264908P0661 | |
| GDMA-CONTRACTS-000120 | Contracts | 77 N6264908P0659 | |
| GDMA-CONTRACTS-000121 | Contracts | 78 N4034508P0293 | |
| GDMA-CONTRACTS-000122 | Contracts | 79 N6264908P0684 | |
| GDMA-CONTRACTS-000123 | Contracts | 80 N4034508P0303 | |
| GDMA-CONTRACTS-000124 | Contracts | 81 N4034508P0312 | |
| GDMA-CONTRACTS-000125 | Contracts | 82 N6264908P0725 | |
| GDMA-CONTRACTS-000126 | Contracts | 83 N4034508P0325 | |
| GDMA-CONTRACTS-000127 | Contracts | 84 N4034508P0332 | |
| GDMA-CONTRACTS-000128 | Contracts | 85 N4034508P0350 | |
| GDMA-CONTRACTS-000129 | Contracts | 86 N4034508P0352 | |
| GDMA-CONTRACTS-000130 | Contracts | 87 N6264908P0723 | |
| GDMA-CONTRACTS-000131 | Contracts | 88 N6264908P0757 | |
| GDMA-CONTRACTS-000132 | Contracts | 89 N6264908P0773 | |
| GDMA-CONTRACTS-000133 | Contracts | 90 N4034508P0372 | |
| GDMA-CONTRACTS-000134 | Contracts | 91 N4034508P0387 | |
| GDMA-CONTRACTS-000135 | Contracts | 92 N4034508P0388 | |
| GDMA-CONTRACTS-000136 | Contracts | 93 N4034508P0389 | |
| GDMA-CONTRACTS-000137 | Contracts | 93-a N4034508P0389 P00002 | |
| GDMA-CONTRACTS-000138 | Contracts | 94 N4034508P0391 | |
| GDMA-CONTRACTS-000139 | Contracts | 94-a N4034508P0391 P00003 | |
| GDMA-CONTRACTS-000140 | Contracts | 95 N4034508P0428 | |
| GDMA-CONTRACTS-000141 | Contracts | 96 N4034508P0457 | |
| GDMA-CONTRACTS-000142 | Contracts | 97 N4034508P0555 | |
| GDMA-CONTRACTS-000143 | Contracts | 97-a N4034508P0555 P00001 | |
| GDMA-CONTRACTS-000144 | Contracts | 98 N6264908D0010 | |
| GDMA-CONTRACTS-000145 | Contracts | 99 N4034509P0016 | |
| GDMA-CONTRACTS-000146 | Contracts | 100 N4034509D0001 | |
| GDMA-CONTRACTS-000147 | Contracts | 100-a N4034509D0001 P00003 | |
| GDMA-CONTRACTS-000148 | Contracts | 101 N4034509D0002 | |
| GDMA-CONTRACTS-000149 | Contracts | 101-a N4034509D0002 P00011 | |

| File Name | Folder Name | Title |
|---|---|---|
| GDMA-CONTRACTS-000150 | Contracts | 102 N4034509D0003 |
| GDMA-CONTRACTS-000151 | Contracts | 102-a N4034509D0003 P00004 |
| GDMA-CONTRACTS-000152 | Contracts | 103 N4034509P0058 |
| GDMA-CONTRACTS-000153 | Contracts | 104 N4034509P0091 |
| GDMA-CONTRACTS-000154 | Contracts | 105 N4044609P0032 |
| GDMA-CONTRACTS-000155 | Contracts | 106 N4034509P0126 |
| GDMA-CONTRACTS-000156 | Contracts | 107 N4044609P0034 |
| GDMA-CONTRACTS-000157 | Contracts | 108 N6804704D0012 DOWW01 |
| GDMA-CONTRACTS-000158 | Contracts | 109 N6264909P0502 |
| GDMA-CONTRACTS-000159 | Contracts | 110 N6264909P0603 |
| GDMA-CONTRACTS-000160 | Contracts | 111 N6264909P0609 |
| GDMA-CONTRACTS-000161 | Contracts | 112 N6264909P0619 |
| GDMA-CONTRACTS-000162 | Contracts | 113 N0060409P0963 |
| GDMA-CONTRACTS-000163 | Contracts | 114 N4034509P0242 |
| GDMA-CONTRACTS-000164 | Contracts | 115 N4034509P0248 |
| GDMA-CONTRACTS-000165 | Contracts | 116 N4034509P0251 |
| GDMA-CONTRACTS-000166 | Contracts | 117 N4034509P0278 |
| GDMA-CONTRACTS-000167 | Contracts | 117-a N4034509P0278 P00001 |
| GDMA-CONTRACTS-000168 | Contracts | 118 N4034509P0296 |
| GDMA-CONTRACTS-000169 | Contracts | 119 N0018910D0002 |
| GDMA-CONTRACTS-000170 | Contracts | 120 N0018910D0005 |
| GDMA-CONTRACTS-000171 | Contracts | 121 N4034510D0001 |
| GDMA-CONTRACTS-000172 | Contracts | 121-a N4034510D0001 P00002 |
| GDMA-CONTRACTS-000173 | Contracts | 122 N4034510D0002 |
| GDMA-CONTRACTS-000174 | Contracts | 122-a N4034510D0002 P00002 |
| GDMA-CONTRACTS-000175 | Contracts | 123 N6804705A0030 P00001 |
| USDOJ-GDMA-0000006577 | Declassified Evidence Items | Email |
| USDOJ-GDMA-0000006902 | Declassified Evidence Items | Email |
| USDOJ-GDMA-0000007381 | Declassified Evidence Items | Email |
| USDOJ-GDMA-0000007386 | Declassified Evidence Items | Navy Lesson Learned Info System - Port Visit Report - USS Blue Ridge |
| GDMA-000001 | Emails | Email |
| GDMA-BOGGS-008359 | Emails | FW: Hong Kong |
| GDMA-BOGGS-033940 | Emails | FW: GANTT CHART |
| GDMA-BOGGS-033965 | Emails | FW: Funding for IDIQ Husbanding Contract(s) |
| NCIS-01618324 | Emails | Re: GAO PROTEST (HUSBANDING - RUSSIA) |
| NCIS-07858026 | Emails | FW: GAO PROTEST (HUSBANDING - RUSSIA) |
| NCIS-008408151 | Emails | FW: Re: USS RENTZ FY08 AUG BOR |
| NCIS-008522483 | Emails | FW: HUSBANDING SOLICITATION STATUS |
| NCIS-ROIS-0000053037 | Emails | Email |
| NCIS-ROIS-0000053049 | Emails | Email |
| NCIS-ROIS-0000020138 | Ethics Presentations | PPT |
| GDMA-PHOTOS-000056.02 | Lausman GW PST 0584-13A | Photo attached to GDMA-000001 |
| GDMA-PHOTOS-000056 | Lausman GW PST 0584-13A | Photo attached to GDMA-000001 |
| NCIS-07669495 | Lausman GW PST 0584-13A | Email |
| NCIS-07669496 | Lausman GW PST 0584-13A | Reservation Confirmation Shangri - LA Malaysia |
| NCIS-07706380 | Lausman GW PST 0584-13A | Email |
| NCIS-07707265 | Lausman GW PST 0584-13A | Email |
| NCIS-01591148 | Lausman Hawaii PST 0568-13A | Email |

| File Name | Folder Name | Title |
|---|---|---|
| NCIS-01591149 | Lausman Hawaii PST 0568-13A | Photo |
| NCIS-01591150 | Lausman Hawaii PST 0568-13A | Photo |
| GDMA-EX-WIT-000011 | Other DoD or Navy Sources | §578.32 |
| GDMA-EX-WIT-000012 | Other DoD or Navy Sources | §578.31 |
| GDMA-NAVY-000065 | Other DoD or Navy Sources | Excel spreadsheet - Craft Report |
| GDMA-NAVY-000066 | Other DoD or Navy Sources | Excel spreadsheet - Post Cost Report - Craft Report |
| GDMA-NAVY-000067 | Other DoD or Navy Sources | Article - Strike Group Reaches Halfway Point |
| GDMA-NAVY-000068 | Other DoD or Navy Sources | GDMA Tax Invoice |
| GDMA-NAVY-000070 | Other DoD or Navy Sources | Joint Ethics Regulations |
| GDMA-NAVY-000071 | Other DoD or Navy Sources | Dept. of Defense Directive |
| GDMA-NAVY-000072 | Other DoD or Navy Sources | Principals Ethical Conduct |
| GDMA-NAVY-000073 | Other DoD or Navy Sources | Manual for Courts - 2005 Edition |
| GDMA-NAVY-000074 | Other DoD or Navy Sources | US Navy 101 |
| GDMA-NAVY-000075 | Other DoD or Navy Sources | US Navy 101 |
| GDMA-NAVY-000076 | Other DoD or Navy Sources | Standards of Ethical Conduct |
| GDMA-NAVY-000077 | Other DoD or Navy Sources | Standards of Thical Conduct for Employees of the Executive Branch - 5CFR Part 2635_pack |
| GDMA-NAVY-000078 | Other DoD or Navy Sources | US Navy Regulations |
| GDMA-PHOTOS-000234 | Other DoD or Navy Sources | Photo |
| GDMA-PHOTOS-000235 | Other DoD or Navy Sources | Photo |
| GDMA-PHOTOS-000236 | Other DoD or Navy Sources | Photo |
| GDMA-PHOTOS-000237 | Other DoD or Navy Sources | Photo |
| GDMA-PHOTOS-000239 | Other DoD or Navy Sources | Photo |
| GDMA-PHOTOS-000242 | Other DoD or Navy Sources | Photo |
| GDMA-PHOTOS-000238 | Photos | Photo |
| GDMA-PHOTOS-000240 | Photos | Photo |
| GDMA-PHOTOS-000262 | Photos | Photo |
| GDMA-PHOTOS-000263 | Photos | Photo |
| GDMA-PHOTOS-000264 | Photos | Photo |
| NCIS-08234077 | PSTs from BLR 0081-19A | Email |
| NCIS-009652343 | PSTs from BLR 0081-19A | Email |
| NCIS-009652344 | PSTs from BLR 0081-19A | Attachment |
| NCIS-009652345 | PSTs from BLR 0081-19A | Attachment |
| NCIS-01618789 | Sanchez NIPR Pull 0097-14A | Email |