RANDY S. GROSSMAN
United States Attorney
DAVID CHU (CA Bar No. 242046)
VALERIE H. CHU (CA Bar No. 241709)
MARK W. PLETCHER (CO Bar No. 034615)
MICHELLE L. WASSERMAN (CA Bar No. 254686)
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 546-9714

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 17CR0623-JLS |
|---|---|
| v. | **WITNESS LIST** |
| DAVID NEWLAND, ET AL., | |
| Defendants. | |

The United States hereby files the attached witness list in anticipation of trial in the above-captioned matter beginning on February 28, 2022.  The United States reserves the right to add to, subtract from, and otherwise modify the Witness List as necessary.

DATED: February 24, 2022           Respectfully submitted,

                                   RANDY S. GROSSMAN
                                   United States Attorney

                                   /s/ David Chu
                                   Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES'S
# JURY TRIAL WITNESS LIST

CASE NAME:      United States v. David Newland, et al.
CASE NO:        17CR0623-JLS
HEARING:        Jury Trial – February 28, 2022

| WITNESS | TITLE |
|---|---|
| Algire, Theodore | CAPT (O-6), U.S. Navy (Retired) |
| Armstrong, Stephen | CDR (0-5), U.S. Navy |
| Aruffo, Edmund | LCDR, U.S. Navy (Retired) |
| Austin, Tab | CAPT (O-6), U.S. Navy (Retired) |
| Bach, Eric | CAPT (O-6), U.S. Navy |
| Barney, Steve Allen | CAPT (O-6), U.S. Navy (Retired) |
| Bashaw, Vernon | CAPT (O-6), U.S. Navy (Retired) |
| Benson, Andy | CAPT (O-6), U.S. Navy (Retired) |
| Bishoff, James | LT (O-3), U.S. Navy (Retired) |
| Boggs, Joseph B. | Civilian, U.S. Navy Retiree |
| Cantu, Jesus | CAPT (O-6), U.S. Navy (Retired) |
| Carr, Ronald | CAPT (O-6), U.S. Navy (Retired) |
| Chadwick, Robert | RDML (O-7), U.S. Navy |
| Clarke, Wilburn | CAPT (O-6), U.S. Navy (Retired) |
| Crawford, Jodi | Special Agent, DCIS |
| Cullipher, Teresa | Chief Warrant Officer (W-04), U.S. Navy (Retired) |
| DeGuzman, Enrico | Col (O-6), U.S. Marine Corps (Retired) |
| DeLaPena, Cordell | Special Agent, DCIS |
| Dempski, Patricia | Special Agent, NCIS |
| Dupray, Charles | FISC Yokosuka, Contracting Officer |
| Dusek, Daniel | LCDR (O-4), U.S. Navy (Retired) |
| Espinoza, Wilvia | Audit Director, USPS-OIG |
| Francis, Leonard | Former President/CEO, GDMA |
| French, William | LCDR (O-4), U.S. Navy (Retired) |
| Gayton, Rodney | CAPT (O-6), U.S. Navy |
| Gillett, Alexander | LCDR, Royal Australian Navy |
| Gorsuch, Robert | Chief Warrant Officer (W-03), U.S. Navy (Retired) |

| WITNESS | TITLE |
|---|---|
| Gosch, Chad | Resident Agent, DCIS |
| Greene, Brandon | ENS (O-1), U.S. Navy |
| Haas, David | CAPT (O-6), U.S. Navy (Retired) |
| Haley, John | RADM (O-8), U.S. Navy (Retired) |
| Halliden, Brian | CDR (O-5), U.S. Navy (Retired) |
| Hernandez, Esteban | Investigator |
| Hertel, Andrew | CAPT (O-6), U.S. Navy |
| Ho, Pat | Madam/Facilitator for Escorts |
| Hornbeck, Donald | CAPT (O-6), U.S. Navy (Retired) |
| Kelly, Teresa | Civilian, U.S. Navy |
| Kessler, Phillip | CAPT (O-6), U.S. Navy (Retired) |
| Law, Eric | CAPT (O-6), U.S. Navy (Retired) |
| Lawton, Mark | Special Security Officer (SSO), U.S. Navy, Civilian |
| Lee, Stephanie | Special Agent, DCIS |
| Maddox, Eric | Special Agent, NCIS |
| Mayeda, Mark | Special Agent, DCIS |
| Pacis, Heather | Digital Forensic Examiner, NCIS |
| Peterson, Neil | Former Country Manager, GDMA |
| Pfirrmann, Frederick | CAPT (O-6), U.S. Navy (Retired) |
| Piburn, James | CAPT (O-6), U.S. Navy (Retired) |
| Pilling, Justin | CDR (O-5), U.S. Navy |
| Porter, Ken | CDR (O-5), U.S. Navy (Retired) |
| Rathbun, Jeffrey | CAPT (O-6), U.S. Navy (Retired) |
| Ridnour, Alan | CAPT (O-6), U.S. Navy (Retired) |
| Sanchez, Jose | CAPT (O-6), U.S. Navy (Retired) |
| Settaphakorn, Pornpun | Former Country Manager, GDMA |
| Settle, Ryan | Special Agent, DCIS |
| Shedd, Stephen | CDR (O-5), U.S. Navy |
| Sickert, Patricia | Dependent Spouse of CAPT Mark Sickert, USN |
| Smart, Jim | CAPT (O-6), U.S. Navy (Retired) |
| Smith, Melissa | Expert Witness, Food & Wine |
| Traaen, Thomas | RDML (O-7), U.S. Navy (Retired) |
| Tyson, Nora | VADM (O-9), U.S. Navy (Retired) |
| Urban, William | CAPT (O-6), U.S. Navy |
| Wong, Christina | CDR (O-5), U.S. Navy |
| Zawislak, Edward | CAPT (O-6), U.S. Navy (Retired) |